Argued September 15, affirmed October 20, 1954

# BROWN *v.* HILLPOT
275 P. 2d 244

*Peery T. Buren,* Salem, argued the cause and filed a brief for appellant.

*Asa L. Lewelling,* Salem, argued the cause and filed a brief for respondent.

Before LATOURETTE, Chief Justice, WARNER, ROSSMAN and PERRY, Justices.

PER CURIAM.

This case involves a collateral attack on a decree concerning real property. That such a decree may not be so attacked is settled in the case of *Shaveland v. Shaveland,* 112 Or 173, 228 P 1090.

Affirmed.

Neither party to recover costs or disbursements.